## CORPORATE RESOLUTION

The undersigned, David Hill, is the authorized President of 751 St. Nicholas Avenue Realty Corp. (the "*Company*") and is authorized to make this certification.   The undersigned certifies that on the date noted below, a Special Meeting of the Company was regularly and duly held at 630 Third Avenue, 18th Floor, New York, New York 10017.

At said Meeting, a resolution was passed, as follows:

***RESOLVED***, that the company be, and he hereby is, individually authorized and directed to file on behalf of the Company an application under Chapter 11 of the Bankruptcy Code and to take all steps necessary and proper for the filing of said application, including the retention of Leo Fox, Esq. located at 630 Third Avenue, 18th Floor, New York, NY 10017, as attorney for that purpose.

Dated:     New York, New York
           October 19, 2023

David Hill
President